UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GORDON TARRANT,

                Plaintiff,

-against-

CITY OF MOUNT VERNON, et al.,

                Defendants.

**ORDER**

20-CV-09004 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court held a telephonic status conference on May 27, 2021. Counsel for the Westchester County Defendants, counsel for the City of Mount Vernon Defendants, and Plaintiff, proceeding *pro se*, appeared. As stated on the record, the County Defendants are granted leave to serve and file their anticipated motion to dismiss in accordance with the following schedule:

**(1)** The County Defendants' moving papers shall be served and filed on June 18, 2021;

**(2)** Plaintiff's opposition papers shall be served and filed on July 2, 2021; and

**(3)** The County Defendants' reply papers, if any, shall be served and filed on July 9, 2021.

A Notice of Initial Pretrial Conference will be docketed shortly. Plaintiff is directed to give a copy of this Order to his proposed lawyer as soon as possible.

The County Defendants are directed to serve a copy of this Order on Plaintiff and file proof of service on the docket by 5:00 p.m. on May 28, 2021.

                **SO ORDERED:**

Dated: White Plains, New York
         May 27, 2021

_____
PHILIP M. HALPERN
United States District Judge