UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GORDON TARRANT,

                Plaintiff,

-against-

CITY OF MOUNT VERNON, et al.,

                Defendants.

**ORDER**

20-CV-09004 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court held its Initial Pretrial Conference by telephone on July 22, 2021. Counsel for the County Defendants, counsel for the City Defendants, and Plaintiff, proceeding *pro se*, appeared. As stated on the record:

1. The County Defendants' motion to dismiss is pending and the Court *sua sponte* extended the time for Plaintiff to oppose the pending motion to July 30, 2021. The Court warned Plaintiff that, should he fail to respond to the motion by that date, the motion will be deemed unopposed and decided in due course (*see also* Doc. 70);
2. Plaintiff indicated that he is working with a clinic to retain counsel. The Court suggested that Plaintiff advise the clinic of the July 30, 2021 deadline and encouraged Plaintiff to continue in his efforts to retain counsel, but reiterated that this case is not stayed and will progress in the ordinary course;
3. Should Plaintiff retain new counsel, the County and City Defendants shall file a letter advising the Court of same and requesting that the parties be referred to the Court's Mediation Program; and
4. Plaintiff is directed to review the docket in this matter and file a letter with the Court providing his current address for service.

The Civil Case Discovery Plan and Scheduling Order approved at today's conference shall be docketed separately. Plaintiff is directed to familiarize himself with that Order.

Counsel for the City is directed to serve a copy of this Order on Plaintiff and file proof of service on the docket by 5:00 p.m. on July 23, 2021.

**SO ORDERED:**

Dated:   White Plains, New York
         July 22, 2021

_____
PHILIP M. HALPERN
United States District Judge