**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GORDON TARRANT,

                 Plaintiff,

  -against-                                 20 **CIVIL** 9004 (PMH)

                                                **<u>JUDGMENT</u>**

CITY OF MOUNT VERNON, et al.,

                 Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 17, 2022, the City Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

        November 18, 2022

                                                            **RUBY J. KRAJICK**

                                                            _____
                                                                **Clerk of Court**

                                 **BY:**     *K. Mango*

                                                                 _____
                                                                **Deputy Clerk**